FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2010 APR -1 D 1:02

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

UNITED STATES OF AMERICA

CASE NUMBER: 3:07-cr-12-25TEM
USM NUMBER: 53960-004

V.

OBA CARTER

Defendant's Attorney: Susan Yazgi, Esq. (pda)

## THE DEFENDANT

**X** admitted guilt to violation of allegation number(s) 1-5 of the terms of supervision as stated in the Petition for Offender Under Supervised Release.

**X** Defendant is adjudicated guilty of these offenses:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive Urinalysis for Marijuana in violation of the Standard Conditions of Release | July 30, 2009 |
| Two | Positive Urinalysis for Marijuana in violation of the Standard Conditions of Release | August 22, 2009 |
| Three | Positive Urinalysis for Marijuana in violation of the Standard Conditions of Release | August 24, 2009 |
| Four | Positive Urinalysis for Marijuana in violation of the Standard Conditions of Release | September 14, 2009 |
| Five | Failure to Reside in a Residential Re-entry Center in violation of the Standard Conditions of Release | July 13, 2009 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 1, 2010

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: April 1  2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **eighty-three (83) days.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

**X** The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

   \_\_\_\_ at _____ a.m.    p.m.    on _____ .

   \_\_\_\_ as notified by the United States Marshal.

\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   \_\_\_\_ before **p.m.** on .

   \_\_\_\_ as notified by the United States Marshal.

   \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

 

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Supervised Release as previously imposed in this case is hereby **revoked** and after confinement there is no new term of supervised release imposed.